# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# RWBY

**Reg. No. 4,542,478**  
**Registered June 3, 2014**  
**Int. Cls.: 16, 25 and 41**

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**



Deputy Director of the United States  
Patent and Trademark Office

ROOSTER TEETH PRODUCTIONS, LLC (TEXAS LIMITED LIABILITY COMPANY)  
636 RALPH ABLANEDO DRIVE  
AUSTIN, TX 78748

FOR: COMIC BOOKS AND POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-5-2012; IN COMMERCE 11-5-2012.

FOR: CLOTHING, NAMELY, T-SHIRTS AND HOODED SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-5-2012; IN COMMERCE 11-5-2012.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A SERIES OF MOVIES FEATURING LIVE ACTION, COMEDY, AND COMPUTER ANIMATION THROUGH THE INTERNET; PROVIDING A WEB SITE FEATURING ONLINE NON-DOWNLOADABLE COMIC STRIPS AND INFORMATION ABOUT VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-5-2012; IN COMMERCE 11-5-2012.

OWNER OF U.S. REG. NO. 3,878,542.

THE MARK CONSISTS OF THE LETTERS "RWBY", WHERE THE TOP LEFT PART OF THE "R" POINTS OUTWARDLY TO A NARROW POINT, THE BOTTOM LEFT PART OF THE "R" IS POINTED OUTWARDLY WITH A WIDER POINT AND A SHARP BOTTOM POINT, THE TOP PART OF THE "W" POINT INWARDLY WITH AN AVERAGE POINT ON BOTH SIDES, THE TOP LEFT PART OF THE "B" POINTS OUTWARDLY, THE BOTTOM LEFT PART OF THE "B" POINTS OUTWARDLY, SLIGHTLY LONGER THAN THE TOP, THE TOP INNER PART OF THE "Y" POINTS INWARDLY AND THE LOWER LEFT PART OF THE "Y" POINTS OUTWARDLY.

SER. NO. 86-043,655, FILED 8-21-2013.

MATTHEW KLINE, EXAMINING ATTORNEY